**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CASE NO. 0:23-CV-00125-DLB-EBA**

**[ELECTRONICALLY FILED]**

**MARK ELDRIDGE**                                                                **PLAINTIFF**

**vs.**

**JOHNNY W. BOGGS, et al.,**                                      **DEFENDANTS**

---

**ELLIOTT COUNTY DEFENDANTS' MOTION FOR LEAVE**
**TO FILE THIRD PARTY COMPLAINT**

---

Come Defendants Elliott County Fiscal Court, Elliott County Sheriff's Office, Johnny Boggs, and Casey Brammell, in their individual and official capacities, ("Elliott County Defendants/Third Party Plaintiffs"), by counsel, and pursuant to Fed. R. Civ. P. 14, respectfully submits this Motion for Leave to File their Third Party Complaint. A Memorandum of Law in Support of their Motion and Elliott County Defendants' Third Party Complaint is simultaneously filed herewith.

                                                     Respectfully submitted,

                                                     /s/ *L. Scott Miller*
                                                     L. Scott Miller
                                                     Maureen C. Malles
                                                     J. Tyler Chelf
                                                     STURGILL, TURNER, BARKER & MOLONEY, PLLC
                                                     333 West Vine Street, Suite 1500
                                                     Lexington, KY 40507
                                                     (859) 255-8581
                                                     smiller@sturgillturner.com
                                                     mmalles@sturgillturner.com
                                                     tchelf@sturgillturner.com
                                                     COUNSEL FOR DEFENDANTS ELLIOTT COUNTY FISCAL COURT, ELLIOTT COUNTY SHERIFF'S OFFICE, JOHNNY BOGGS, AND CASEY BRAMMEL

## CERTIFICATE OF SERVICE

  I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve all counsel of record:

Michael Campbell
CAMPBELL, ROGERS & STACY
154 Flemingsburg Road
Morehead, KY 40351
(606) 784-8926
michael@campbellrogers.com
*Counsel for Plaintiff*

Ned Pillersdorf
PILLERSDORF LAW OFFICE
124 West Court Street
Prestonsburg, KY 41653
(606) 886-6090 (o)
(606) 886-6148 (f)
pillersn@gmail.com
*Counsel for Plaintiff*

             /s/ *L. Scott Miller*
             COUNSEL FOR DEFENDANTS ELLIOTT COUNTY FISCAL COURT, ELLIOTT COUNTY SHERIFF'S OFFICE, JOHNNY BOGGS, AND CASEY BRAMMEL

4895-9463-5995, v. 1